**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Dale Stokley,<br><br>    Petitioner,<br><br>v.<br><br>Dora B. Schriro, et al.,<br><br>    Respondents. | No. CV-98-332-TUC-FRZ<br><br>DEATH PENALTY CASE<br><br><br>**ORDER** |

There being no opposition and good cause appearing,

**IT IS HEREBY ORDERED** that Respondents' Motion for Extension of Time to Respond (Dkt. 85) is **GRANTED.** Respondents shall file their Answer re: Merits no later than **February 26, 2007**. Petitioner's Reply shall be filed no later than **March 23, 2007**.

DATED this 15th day of February, 2007.

FRANK R. ZAPATA
United States District Judge