**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Dale Stokley,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,[1]<br><br>　　　　Respondents. | No. CV-98-332-TUC-FRZ<br><br>DEATH PENALTY CASE<br><br><br><br>**ORDER** |

**IT IS ORDERED** that Petitioner's Motion to Unseal Ex Parte Resource Applications for Expert Services and to Make Applications Part of the Record for Appellate Review (Dkt. 100) is **GRANTED**. The Clerk of Court shall unseal documents 21 and 91 and place them in the public record of this case.

DATED this 1st day of April, 2009.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge

---

[1] Charles L. Ryan is substituted for Dora B. Schriro, as Acting Director, Arizona Department of Corrections. Fed. R. Civ. P. 25(d)(1).