**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Dale Stokley, | No. CV-98-332-TUC-FRZ |
| Petitioner, | DEATH PENALTY CASE |
| vs. | |
| Charles L. Ryan, et al., | **ORDER** |
| Respondents. | |

This Court having entered judgment,

**IT IS ORDERED** that the Clerk of Court shall expeditiously return the state court records received on October 30, 2000, to the Clerk of the Arizona Supreme Court, 1501 W. Washington Street, Phoenix, Arizona 85007-3329.

DATED this 3rd day of October, 2012.

_Frank R. Zapata_
Frank R. Zapata
Senior United States District Judge